**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANTIAGO MORALES, individually ) <br> and d/b/a DOMINIC'S BAR, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. 1:10-CV-01694 AWI GSA <br><br> ORDER VACATING HEARING <br> DATE OF NOVEMBER 7, 2011 <br> AND TAKING MATTER <br> UNDER SUBMISSION |

     Plaintiff has noticed for hearing and decision a motion for partial summary judgment. The matter was scheduled for hearing to be held on November 7, 2011. Pursuant to Local Rule 230(c), Defendant was required to file either an opposition or a notice of non-opposition no later than October 24, 2011. Defendant failed to do so.

     Due to Defendant's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. Defendant is further not entitled to be heard at oral argument in opposition to the motion. See Local Rule 230(c). The court has reviewed Plaintiff's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

///
///
///
///

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 7, 2011, is VACATED, and no party shall appear at that time. As of November 7, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 3, 2011

CHIEF UNITED STATES DISTRICT JUDGE