IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | 1:10-cv-01694-AWI-GSA |
| ) | |
| Plaintiff, ) | ORDER VACATING HEARING |
| ) | DATE OF FEBRUARY 27, 2012 |
| v. ) | AND TAKING MATTER UNDER |
| ) | SUBMISSION |
| SANTIAGO MORALES, individually ) | |
| and d/b/a DOMINIC'S BAR ) | |
| ) | |
| Defendant. ) | |
| ) | |

The motion of plaintiff J & J Sports Productions, Inc., for damages has been set for hearing on February 27, 2012. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). Accordingly, the previously scheduled hearing date of February 27, 2012 is hereby VACATED, and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 22, 2012                              _____
                                                        CHIEF UNITED STATES DISTRICT JUDGE