IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | 1:10-cv-01694-AWI-GSA |
| Plaintiff, | ) ) | ORDER VACATING HEARING DATE OF APRIL 9, 2012 AND TAKING MATTER UNDER SUBMISSION |
| v. | ) ) ) | |
| SANTIAGO MORALES, individually and d/b/a DOMINIC'S BAR | ) ) ) | |
| Defendant. | ) ) | |

The motion of plaintiff J & J Sports Productions, Inc., to dismiss the second and fourth causes of action in the complaint pursuant to Federal Rule of Civil Procedure 41(a)(2) has been set for hearing on April 9, 2012.  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  *See* Local Rule 230(g).  Accordingly, the previously scheduled hearing date of April 9, 2012 is hereby VACATED, and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 28, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE