UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANTIAGO MORALES, <br><br> Defendant. | No. 1:10-cv-01694 AWI GSA <br><br> ORDER DIRECTING CLERK OF COURT TO REASSIGN THIS MATTER TO NEW DISTRICT AND MAGISTRATE JUDGES |

On November 20, 2024, Plaintiff filed a notice of association of attorney with this Court. ECF No. 39. The District Judge currently listed as presiding over this matter is no longer an active member of the bench. In addition, this case falls outside the scope of matters that are currently assigned to the undersigned.

Given these facts, although judgment was issued and this case was closed on April 11, 2012 (see ECF Nos. 27, 29, 30)[1] (Plaintiff's voluntary dismissal motion; order regarding same, and judgment issued, respectively), this case still requires monitoring by the Court, therefor the Clerk of Court will be directed to assign this case to new District and Magistrate Judges.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign new District and Magistrate Judges to this matter.

---

[1] A renewal of judgment was subsequently issued on December 27, 2021. See ECF No. 36.

1

IT IS SO ORDERED.

   Dated: **November 21, 2024**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE